

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-18-00126-CV

———————————————

JAN MOGGED, JAMES RICHARD FLETCHER, AND MICHAEL ALAN TAYLOR, Appellants and Cross-Appellees

V.

BOBBY WAYNE LINDAMOOD JR. AND JR'S DEMOLITION & EXCAVATION, INC., Appellees and Cross-Appellants

On Appeal from the 348th District Court
Tarrant County, Texas
Trial Court No. 348-278342-15

Concurring Memorandum Opinion by Justice Meier

## CONCURRING MEMORANDUM OPINION

I concur in the result espoused in the memorandum opinion by Justice Quinn, although I share certain of the issues raised by Justice Kerr in her dissenting and concurring memorandum opinion.

/s/ Bill Meier
Bill Meier
Justice

Delivered: December 31, 2018